ACCEPTED
03-17-00674-CV
21645432
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/5/2018 3:35 PM
JEFFREY D. KYLE
CLERK

NO. 03-17-00674-CV

IN THE COURT OF APPEALS
FOR THE THIRD JUDICIAL DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/5/2018 3:35:24 PM
JEFFREY D. KYLE
Clerk

CHAPPELL HILL CONSTRUCTION CO.,

Appellant

vs.

BLUEBONNET ELECTRIC COOPERATIVE, INC.,

Appellee

On appeal from the 423rd Judicial District Court
of Bastrop County, Texas
Cause No. 423-4305

## AGREED MOTION TO ABATE APPEAL
## PENDING MEDIATION

Appellant Chappell Hill Construction Co. and Appellee Bluebonnet Electric Cooperative, Inc. respectfully move the Court to abate this appeal pending the parties' agreed mediation, and in support thereof would respectfully show the Court the following:

1.     Appellant filed its Notice of Appeal on October 13, 2017.

2.     Appellant filed its brief on November 27, 2017.

3.     The current deadline for Appellee to file its brief is January 8, 2018.

4.     The parties to this appeal have agreed to proceed to mediation in the underlying cause and request that the Court abate this appeal for sixty (60) days.

1

5.	The requested abatement is reasonable and appropriate given the parties' agreement.

6.	The parties certify that this Motion is brought in good faith and not for any improper purpose.

WHEREFORE, for the reasons stated herein, Appellant Chappell Hill Construction Co. and Appellee Bluebonnet Electric Cooperative, Inc. request that this Court grant the Motion, and abate this appeal for sixty (60) days from the date of entry of the Court's order.

DATED:	January 5, 2018

Respectfully submitted,


*/s/ Steve Snelson\**
Steve Snelson
State Bar No. 18794450
steve.snelson@gmsattorneys.com
Crystal Smith
crystal.smith@gmsattorneys.com
**GERSTLE, MINISSALE & SNELSON, LLP**
4849 Greenville Avenue, Suite 150
Dallas, Texas 75206
214-368-6440
214-308-2026—Facsimile
ATTORNEYS FOR APPELLANT
CHAPPELL HILL
CONSTRUCTION CO.
*Electronically signed with permission

2

*/s/ Zachary H. Bowman*

Charles J. Cain
State Bar No. 00796292
ccain@cstrial.com
Zachary H. Bowman
State Bar No. 24073944
zbowman@cstrial.com
**CAIN & SKARNULIS PLLC**
400 W. 15th Street, Suite 900
Austin, Texas 78701
512-477-5000
512-477-5011—Facsimile
**ATTORNEYS FOR APPELLEE**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion has been forwarded to all counsel of record in accordance with the Texas Rules of Appellate Procedure on this 5th day of January 2018, as follows:

| Method of Service | Parties | Counsel |
|---|---|---|
| *Electronic Service* | Defendant Marvin Klintworth dba Brazos Site Work | Scott J. Scherr scherr@thepaynelawgroup.com Jason Reynal reynal@thepaynelawgroup.com **PAYNE, MALECHECK, SCHERR, CAMPBELL & MOORE, P.C.** 3850 Corporate Center Drive Bryan, Texas 77802 |
| *Electronic Service* | Defendant Chappell Hill Construction Co. | Steve Snelson steve.snelson@gmsattorneys.com Crystal Smith crystal.smith@gmsattorneys.com **GERSTLE, MINISSALE & SNELSON, LLP** 4849 Greenville Avenue, Suite 150 Dallas, Texas 75206 |

*/s/ Zachary H. Bowman*

Zachary H. Bowman